IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVETTE BOYLE | : | |
|     Plaintiff, | | |
| | | |
| v. | : | CIVIL ACTION |
| | | NO. 16-2492 |
| PMA MEDICAL SPECIALISTS, LLC; | | |
| JOHN DOE DEFENDANTS NO. 1-10 | : | |
|     Defendants. | | |

## **ORDER**

AND NOW, this 6th day of September, 2017, upon consideration of Defendant PMA Medical Specialists, LLC's Motion to Dismiss (ECF No. 11), Plaintiff's Opposition thereto (ECF No. 12), and Defendant's Reply (ECF No. 15), it is hereby ORDERED that said Motion is GRANTED and Plaintiff's Complaint is DISMISSED with prejudice.

It is further ORDERED that the Clerk of Court shall mark this matter CLOSED.

                                            BY THE COURT:

                                            /s/ C. Darnell Jones, II
                                            _____
                                            C. Darnell Jones, II    J.